## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 12-cv-22065-JLK

FERNANDO OSORIO and
DENIA IVETH RODRIGUEZ-VISSUETTE,
*as Personal Representative of the Estate of*
*Fernando Osorio Rodriguez,*

      Plaintiffs,

v.

PRINCESS CRUISE LINES, LTD., *a foreign*
*corporation d/b/a Princess Cruises,*

      Defendant.
_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court upon a *sua sponte* review of its files.  Upon review of the record and careful consideration, the Court finds that this case should be closed.

On August 31, 2012 this case number was consolidated with 12-cv-22022-JLK (12-cv-22065 D.E. 25) and all future filings were done in the consolidated case number. Upon Motion by the above-styled Plaintiffs, the claims in the above-styled case were dismissed with prejudice on April 24, 2013 (12-cv-22022 D.E. 126).  However, this action was taken only in the consolidated case number.  Thus, the original case number, 12-cv-22065, has remained open.  Given that the case has settled and has been dismissed with prejudice, the original case number should be closed in the Court's files.

Accordingly, upon a careful review of the record and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED, and DECREED** that the Clerk **SHALL CLOSE** the above-styled case.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 25th day of February, 2014.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

CC:   **Counsel for Plaintiffs**
**Robert D. Peltz**
The Peltz Law Firm
10220 SW 141 Street
Miami, FL 33176
786-732-7219
Fax: 305-854-8266
Email: RPeltzLaw@gmail.com

**Ira H. Leesfield**
**Thomas B. Scolaro**
Leesfield Leighton & Partners
2350 S Dixie Highway
Miami, FL 33133
305-854-4900
Fax: 305-854-8266
Email: scolaro@leesfield.com
Email: leesfield@leesfield.com

**Counsel for Defendant**
**Philip Dixon Parrish**
Philip D Parrish PA
7301 SW 57th Court
Suite 430
Miami, FL 33143
305-670-5550
Fax: 670-5552
Email: phil@parrishappeals.com

**Robert Joannes Dickman , Jr.**
4500 Le Jeune Road
Coral Gables, FL 33146
305-667-8488
Fax: 661-2374
Email:
robertjr@dickmanlawfirm.com